IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TYQUANNAH GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV420-275 |
| ) | |
| ROBERT KRAVETTE and CARROLL ) | |
| FULMER LOGISTICS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 36.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of June 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA